No. 07-15-00352-CR

| | | |
|---|---|---|
| Jeremy Chad Braun<br>  Appellant | § | From the 181st District Court<br>  of Potter County |
| | § | |
| v. | | May 17, 2016 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated May 17, 2016, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 181st District Court of Potter County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o